# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

WITSON L. JOSEPH,

      Petitioner,

v.                                                                CASE NO.  4:08cv64-RH/WCS

JOHN ASHCROFT,

      Respondent.

_____/

## ORDER DISMISSING PETITION AS MOOT

This matter is before the court on the magistrate judge's report and recommendation (document 19), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk must enter judgment stating, "The petition is dismissed as moot."  The clerk must close the file.

SO ORDERED on October 3, 2008.

s/Robert L. Hinkle
Chief United States District Judge